PAUL HABERMAN et al., Copartners under the Firm Name of CHARLES AND MILTON A. KIMMELMAN, et al., Individually and as Stockholders and Holders of Voting Trust Certificates Representing Stock of NEW YORK AMBASSADOR, INC., Suing on Behalf of Themselves and for the Benefit of Said Corporation and of Other Stockholders and Voting Trust Certificate Holders of Said Corporation, Respondents, *v.* NEW YORK AMBASSADOR, INC., et al., Defendants, and H. M. MERRIMAN et al., Appellants.

Argued January 13, 1948; decided March 11, 1948.

*Milton M. Bergerman* and *Joseph Calderon* for appellants.
*Charles L. Sylvester, Sidney G. Kingsley* and *Joel K. Mithers* for respondents.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.